# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SASHA DIGIULIAN AND JOHN CHARLES DIGUILIAN FOR SUBPOENA FOR DOCUMENTS AND TO PRODUCE TESTIMONY FROM EDWARD T. CULLEN, M.D. | ) ) ) ) Case No.: 1:17-mc-3327 (RMM) ) ) ) ) |

## ORDER TO SHOW CAUSE

Upon consideration of the *ex parte* petition filed by Sasha DiGiulian and John Charles DiGiulian ("Petitioners") [ECF No. 1] for an order under 28 U.S.C. § 1782, approving the issuance of a subpoena to Dr. Edward T. Cullen ("Respondent") for the production of medical records and for the taking of a deposition, for use in a foreign proceeding, it is hereby,

**ORDERED** that the Petitioners shall serve this Order and the Ex Parte Petition for Order to Produce Documents and Testimony for use in a Foreign Proceeding [ECF No. 1] upon the Respondent by hand, facsimile, or email by no later than 5:00 p.m. on January 8, 2018; and it is further

**ORDERED** that if the Respondent intends to oppose the application, he shall show cause in writing on or before January 22, 2018, why the petition should not be granted; and it is further

**ORDERED** that the Petitioners may file a reply, if any, on or before January 29, 2018.

**SO ORDERED**.

Dated:  December 28, 2017

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE