IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  APPLICATION OF

SASHA DIGIULIAN

 and                                                                Case No.: 1:17-mc-3327 (RMM)

JOHN CHARLES DIGIULIAN

       Petitioners,

FOR SUBPOENA FOR DOCUMENTS AND
TO PRODUCE TESTIMONY FROM
EDWARD T. CULLEN, M.D.

## MOTION FOR ENTRY
## OF ORDER AUTHORIZING SUBPOENAS

      COME NOW, Petitioners SAHSA DIGIULIAN and JOHN CHARLES DIGIULIAN, and hereby move this Honorable Court for entry of an Order authorizing Petitioners to issue subpoenas for documents and to produce testimony from Respondent Edward T. Cullen, M.D.  In support of this Motion, Petitioners respectfully submit the following:

      1.     Petitioners Sasha DiGiulian and John Charles DiGiulian filed their *ex parte* Petition [Doc. 1] on December 14, 2017 requesting authority pursuant to 28 U.S.C. § 1782 to subpoena Respondent Edward T. Cullen, M.D. for medical records and to give testimony related to his treatment of Rita Ernesto DiGiulian (deceased).

      2.     On December 28, 2017, the Court entered an Order to Show Cause [Doc. 2] ordering Petitioners to serve the Order to Show Cause and the aforesaid Petition on Dr. Cullen by hand, facsimile, and/or email on or before January 8, 2018 at 5:00 p.m.

      3.     The Court further ordered that if Dr. Cullen intended to oppose the Petitioners' application, that any such opposition be filed with the Court on or before January 22, 2018.

4. The Order to Show Cause and Petition (including the Memorandum in Support Thereof and the Declaration of Eric Steinberg) were sent via facsimile to Dr. Cullen's medical office on January 3, 2018.  *See* Exhibits A and B attached hereto (Affidavit of Facsimile Transmission and Facsimile Transmission Receipt, respectively).

5. On January 8, 2018, Petitioners further hand-delivered the Order to Show Cause and Petition (including the Memorandum in Support Thereof and the Declaration of Eric Steinberg) to Dr. Cullen's office.  *See* Exhibit C attached hereto (Affidavit of Hand Delivery).

6. As of January 23, 2018, Dr. Cullen has not, to Petitioners' knowledge, filed any opposition to the Petitioners' application.

7. The Petitioners have a filing deadline in the Quebec courts on February 15, 2018, and the subject of the requested documents are relevant to the filing.

8. As such, Petitioners respectfully request from the Court an order authorizing issuance of subpoenas as soon as practical, given that Dr. Cullen has not objected to the Petition and proceedings that are now pending in Quebec with an upcoming deadline.

**WHEREFORE**, Petitioners SASHA DIGIULIAN and JOHN CHARLES DIGIULIAN respectfully request that the Court enter the attached [proposed] Order and for such other and further general relief as the nature of this cause requires.

    Respectfully submitted,

    SASHA DIGIULIAN and
    JOHN C. DIGIULIAN
    Petitioners
    By Counsel

GREENBERGCOSTLE, PC


By:_____/S/_____
Caroline E. Costle (Bar ID: 455873)
8027 Leesburg Pike, Suite 302
Tysons Corner, Virginia 22182
Telephone:  (703) 448-3007
Fax:  (703) 821-1144
CEC@GreenbergCostle.com
*Counsel for Petitioners*

## CERTIFICATE OF FILING AND COURTESY SERVICE

      I HEREBY CERTIFY that on January 23, 2018, a true and accurate copy of the foregoing was filed with the Clerk using the CM/ECF electronic filing system, and that on January 24, 2018, a true and accurate copy of the foregoing was sent via first class mail, postage prepaid, to Respondent Edward T. Cullen, M.D.

                         _____/S/_____
                         Caroline E. Costle (Bar ID: 455873)
                         8027 Leesburg Pike, Suite 302
                         Tysons Corner, Virginia 22182
                         Telephone:  (703) 448-3007
                         Fax:  (703) 821-1144
                         CEC@GreenbergCostle.com
                         *Counsel for Petitioners*