IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: APPLICATION OF

SASHA DIGIULIAN

and

JOHN CHARLES DIGIULIAN

Petitioners,

FOR SUBPOENA FOR DOCUMENTS AND
TO PRODUCE TESTIMONY FROM
EDWARD T. CULLEN, M.D.

Case No.: 1:17-mc-3327 (RMM)

## AFFIDAVIT OF FACSIMILE TRANSMISSION

I, TIMOTHY R. BRADLEY, hereby state the following under oath:

1. On January 3, 2018, I sent via facsimile transmission the following documents to Edward T. Cullen, M.D., at approximately 2:30 p.m., at his usual place of business: Fax No. 301-657-5638 (Cullen, Umosella, Cullen & Cullen, 625 Wisconsin Ave. #101, Bethesda, MD 20814): this (a) Court's December 28, 2017 Order to Show Cause; (b) Ex Parte Petition for Order to Produce Documents and Testimony for Use in a Foreign Proceeding; (c) Memorandum in Support of Ex Parte Petition for Order to Produce Documents and Testimony; and (d) Declaration of Eric Steinberg (Plaintiff's Exhibit A).

2. At 2:33 p.m. on January 3, 2018, I received the attached facsimile transmission receipt indicating that all nineteen (19) pages of the aforementioned facsimile transmission were successfully transmitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2018.

TIMOTHY R. BRADLEY