```
******************************
***    TX REPORT    ***
******************************

TRANSMISSION OK

TX/RX NO                    2844
DESTINATION TEL #           3016575638
DESTINATION ID
ST. TIME                    01/03 14:33
TIME USE                    03'13
PAGES SENT                    19
RESULT                      OK
```



# GREENBERG COSTLE, PC
## ATTORNEYS AT LAW

January 3, 2018

## *FACSIMILE TRANSMISSION SHEET*

| | |
|---|---|
| TO: | Dr. Edward T. Cullen |
| FAX NUMBER: | 301-657-5638 |
| FROM: | Caroline E. Costle, Esq. |
| SUBJECT: | Rita DiGiulian Medical Records/Treatment |
| PAGES: | 19 (including cover) |
| MESSAGE: | Pursuant to an order of the United States District Court for the District of Columbia, please see the enclosed documents: (1) Order to Show Cause; (2) Ex Parte Petition for Order to Produce Documents and Testimony for Use in a Foreign Proceeding; (3) Memorandum in Support of Petition for Order to Produce Documents and Testimony for Use in a Foreign Proceeding; and (4) Declaration of Eric Steinberg. |

If you experience any difficulties with this transmission, please contact the sender at once at (703) 448-3007. Unless otherwise indicated, the original documents will follow by mail.

## NOTICE OF CONFIDENTIALITY