IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: APPLICATION OF

SASHA DIGIULIAN

and                                              Case No.: 1:17-mc-3327 (RMM)

JOHN CHARLES DIGIULIAN

    Petitioners,

FOR SUBPOENA FOR DOCUMENTS AND
TO PRODUCE TESTIMONY FROM
EDWARD T. CULLEN, M.D.

## AFFIDAVIT OF HAND DELIVERY

I, ERAN GREENBERG, being over the age of eighteen (18) years and of sound mind, and having no interest in the above-styled matter, hereby state the following under oath:

1.  On January 8, 2018, I received copies of the following documents in the above-styled matter: this (a) Court's December 28, 2017 Order to Show Cause; (b) Ex Parte Petition for Order to Produce Documents and Testimony for Use in a Foreign Proceeding; (c) Memorandum in Support of Ex Parte Petition for Order to Produce Documents and Testimony; and (d) Declaration of Eric Steinberg (Plaintiff's Exhibit A).

2.  I hand delivered the above-mentioned documents to Edward T. Cullen, M.D. on January 8, 2018 at approximately 4:30-4:45 p.m. by leaving a copy of the above-mentioned documents with the person at the front reception desk at Edward T. Cullen, M.D.'s usual place of business: Cullen, Umosella, Cullen & Cullen, 625 Wisconsin Ave. #101, Bethesda, MD 20814. The person to whom I delivered the documents indicated that Dr. Cullen had already received these documents by facsimile transmission, but accepted my delivery of such documents as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2018.

_____
ERAN GREENBERG