IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  APPLICATION OF

SASHA DIGIULIAN

  and                                          Case No.: 1:17-mc-3327 (RMM)

JOHN CHARLES DIGIULIAN

       Petitioners,

FOR SUBPOENA FOR DOCUMENTS AND
TO PRODUCE TESTIMONY FROM
EDWARD T. CULLEN, M.D.

## [PROPOSED] ORDER

THIS MATTER comes before the Court upon the Application of Sasha DiGiulian and John Charles DiGiulian for authority to issue subpoenas to produce documents and to depose Edward T. Cullen, M.D. [Doc. 1]; and upon this Court's December 28, 2017 Order to Show Cause [Doc. 2] ordering that if Respondent Edward T. Cullen, M.D. intended to oppose the Petitioners' Application, for Respondent to do so in writing on or before January 22, 2018; and

IT APPEARING TO THE COURT that Respondent Edward T. Cullen was properly served with the aforesaid Order to Show Cause and Application of the Petitioners on or before January 8, 2018; and

IT APPEARING TO THE COURT that as January 22, 2018, Respondent Edward T. Cullen, M.D. has not filed any opposition to the Petitioners' Application; and

UPON CONSIDERATION of the Petitioners' Application, Memorandum in Support, and the Declaration of Eric Steinberg; and

IT APPEARING TO THE COURT that pursuant to 28 U.S.C. 1782(a) there is good cause to do so; it is hereby

**ORDERED** that the Petitioners are granted authority to issue a subpoena for production of documents and things to Edward T. Cullen, M.D. as described in their Application; and it is further

**ORDERED** that the Petitioners are granted authority to issue a subpoena for Dr. Cullen to appear for a deposition.

**SO ORDERED.**

Dated: _____   _____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

COPIES TO:

Caroline E. Costle, Esq.
GREENBERGCOSTLE, PC
8027 Leesburg Pike, Suite 302
Tysons Corner, Virginia 22182
Tel:  (703) 448-3007
Fax:  (703) 821-1144
CEC@GreenbergCostle.com
*Counsel for Petitioners*