**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE:  APPLICATION OF

SASHA DIGIULIAN

  and                                                    Case No.: 1:17-mc-3327 (RMM)

JOHN CHARLES DIGIULIAN

        Petitioners,

FOR SUBPOENA FOR DOCUMENTS AND
TO PRODUCE TESTIMONY FROM
EDWARD T. CULLEN, M.D.

**MOTION FOR HEARING REGARDING ENTRY**
**OF ORDER AUTHORIZING SUBPOENAS AND DEPOSITION**

COME NOW Petitioners, SAHSA DIGIULIAN and JOHN CHARLES DIGIULIAN, and pursuant to LCvR7(f) hereby move this Honorable Court to set a hearing regarding Applicant's previously filed Motion for Entry of an Order Authorizing Subpoenas and Deposition from Respondent Edward T. Cullen, M.D.  In support of this Motion, Petitioners respectfully submit the following:

1. Petitioners Sasha DiGiulian and John Charles DiGiulian filed their *ex parte* Petition [Doc. 1] on December 14, 2017 requesting authority pursuant to 28 U.S.C. § 1782 to subpoena Respondent Edward T. Cullen, M.D. for medical records and to give testimony related to his treatment of Rita Ernesto DiGiulian (deceased).

2. On December 28, 2017, the Court entered an Order to Show Cause [Doc. 2] ordering Petitioners to serve the Order to Show Cause and the aforesaid Petition on Dr. Cullen by hand, facsimile, and/or email on or before January 8, 2018 at 5:00 p.m.

3. The Court further ordered that if Dr. Cullen intended to oppose the Petitioners' application, that any such opposition be filed with the Court on or before January 22, 2018.

4. The Order to Show Cause and Petition (including the Memorandum in Support Thereof and the Declaration of Eric Steinberg) were sent via facsimile to Dr. Cullen's medical office on January 3, 2018. [Doc. 3]

5. On January 8, 2018, Petitioners further hand-delivered the Order to Show Cause and Petition (including the Memorandum in Support Thereof and the Declaration of Eric Steinberg) to Dr. Cullen's office.

6. As of January 23, 2018, Dr. Cullen has not, to Petitioners' knowledge, filed any opposition to the Petitioners' application.

7. Petitioners filed their pleading in the Quebec court on February 15, 2018, and the subject of the requested documents are relevant to that filing.

8. As such, Petitioners respectfully request a hearing from the Court so that they may move the Court to enter an order authorizing issuance of subpoenas as soon as practical and to permit a deposition.

**WHEREFORE**, Petitioners SASHA DIGIULIAN and JOHN CHARLES DIGIULIAN respectfully request that the Court set a hearing date on one of the following dates: Friday, February 23, 2018, Monday, February 26, 2018, Wednesday, February 28, 2018, Thursday, March 1, 2018 or any other date convenient to the Court and Counsel will endeavor to make herself available.

    Respectfully submitted,

    SASHA DIGIULIAN and
    JOHN C. DIGIULIAN
    Petitioners
    By Counsel

GREENBERGCOSTLE, PC


By:_____/S/_____
Caroline E. Costle (Bar ID: 455873)
8027 Leesburg Pike, Suite 302
Tysons Corner, Virginia 22182
Telephone:  (703) 448-3007
Fax:  (703) 821-1144
CEC@GreenbergCostle.com
*Counsel for Petitioners*

## CERTIFICATE OF FILING AND COURTESY SERVICE

I HEREBY CERTIFY that on February 19, 2018, a true and accurate copy of the foregoing was filed with the Clerk using the CM/ECF electronic filing system, and that on February 19, 2018, a true and accurate copy of the foregoing was sent via facsimile to Respondent Edward T. Cullen, M.D.

_____/S/_____
Caroline E. Costle (Bar ID: 455873)
8027 Leesburg Pike, Suite 302
Tysons Corner, Virginia 22182
Telephone:  (703) 448-3007
Fax:  (703) 821-1144
CEC@GreenbergCostle.com
*Counsel for Petitioners*