IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  APPLICATION OF

SASHA DIGIULIAN

  and                                                 Case No.: 1:17-mc-3327 (RMM)

JOHN CHARLES DIGIULIAN

        Petitioners,

FOR SUBPOENA FOR DOCUMENTS AND
TO PRODUCE TESTIMONY FROM
EDWARD T. CULLEN, M.D.

**MOTION FOR HEARING REGARDING ENTRY**
**OF ORDER AUTHORIZING SUBPOENAS AND DEPOSITION**

COME NOW Petitioners, SAHSA DIGIULIAN and JOHN CHARLES DIGIULIAN, and pursuant to LCvR7(f) hereby move this Honorable Court to set a hearing date regarding Applicant's previously filed Motion for Entry of an Order Authorizing Subpoenas and Deposition from Respondent Edward T. Cullen, M.D.  In support of this Motion, Petitioners respectfully submit the following:

1. Applicants have a pending request pursuant to 28 U.S.C. § 1782 to subpoena Respondent Edward T. Cullen, M.D. for medical records and for him to give testimony related to his treatment of Rita Ernesto DiGiulian (deceased).

2. This Honorable Court inquired regarding the timeframe contained in the subpoena request and the Petitioners herein provided their basis for the timeline. See document 5, filed on March 9, 2018.

3. The Applicants wish to address any other questions the Court may have regarding the application, recognizing that the request is made *ex parte*.  The Applicants also recognize that

any deposition will be subject to a notice to any potential adversary party in the related case in Canada.

4.  The Applicant further alerts the Court that Dr. Cullen has voluntarily provided what appear to be most, if not all, of the medical records that Applicant is requesting via subpoena; however, absent a subpoena, strict compliance may not be forthcoming from Dr. Cullen. Furthermore, a deposition is necessary to help understand the notes and medical findings of Dr. Cullen appearing therein, which may be used to support testimony provided by other expert witnesses.

**WHEREFORE**, Petitioners SASHA DIGIULIAN and JOHN CHARLES DIGIULIAN respectfully request that this Honorable Court set a hearing date as soon as practicable so that the Applicants can address any questions the Court may have to determine whether the Application ought to be granted.

Respectfully submitted,

SASHA DIGIULIAN and
JOHN C. DIGIULIAN
Petitioners
By Counsel

GREENBERGCOSTLE, PC

By: _____/S/_____
Caroline E. Costle (Bar ID: 455873)
8027 Leesburg Pike, Suite 302
Tysons Corner, Virginia 22182
Telephone:  (703) 448-3007
Fax:  (703) 821-1144
CEC@GreenbergCostle.com
*Counsel for Petitioners*

**CERTIFICATE OF FILING**

  I HEREBY CERTIFY that on April 3, 2018, a true and accurate copy of the foregoing was filed with the Clerk using the CM/ECF electronic filing system.

                /S/
              Caroline E. Costle (Bar ID: 455873)
              8027 Leesburg Pike, Suite 302
              Tysons Corner, Virginia 22182
              Telephone: (703) 448-3007
              Fax: (703) 821-1144
              CEC@GreenbergCostle.com
              *Counsel for Petitioners*