# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE APPLICATION OF SASHA DIGIULIAN AND JOHN CHARLES DIGIULIAN FOR SUBPOENA FOR DOCUMENTS AND TO PRODUCE TESTIMONY FROM EDWARD T. CULLEN, M.D. | ) ) ) ) Case No.: 1:17-mc-3327 (RMM) ) ) ) ) |

## ORDER

For the reasons stated in the Memorandum Opinion docketed contemporaneously herewith, it is hereby

**ORDERED** that Petitioners' *Ex Parte* Petition for Order to Produce Documents and Testimony for use in a Foreign Proceeding [ECF No. 1] pursuant to 28 U.S.C. § 1782 is **GRANTED**. Petitioners' application for the issuance of a subpoena directing Dr. Edward T. Cullen to produce testimony and certain medical records, as described in their Petition, of his deceased former patient, Rita Ernesto DiGiulian, for use in a foreign proceeding is **GRANTED**; and it is further

**ORDERED** that Petitioners' Motion for Entry of Order Authorizing Subpoenas [ECF No. 3] is **DENIED** as moot in light of this Court's Order granting Petitioners' *ex parte* Petition; and it is further

**ORDERED** that Petitioners' Motion for Hearing Regarding Entry of Order Authorizing Subpoenas and Deposition [ECF No. 6] is **DENIED** as moot.

**SO ORDERED.**

Dated: April 23, 2018

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE